UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DARRYL A BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 2:16-CV-424-PPS-PRC ) ) |
| SOCIAL SECURITY ADMINISTRATION, | ) ) |
| Defendant. | ) |

## OPINION AND ORDER

Darryl A Brown, by counsel, submitted a petition seeking leave to proceed *in forma pauperis*. [DE 3.] His petition declares that his wife's take home pay is $1,860 net every two weeks. The annualized value of that income stream is $48,360. Mr. Brown does not have any dependents. The 2016 poverty guideline for a family of two living in Indiana is $16,020. Annual Update of the HHS Poverty Guidelines, 81 Fed. Reg. 4036-4037 (Jan. 25, 2016). Mr. Brown's *in forma pauperis* petition, therefore, is denied and he will be required to pay the filing fee before he may proceed with this lawsuit.

For the foregoing reasons, the Court:

(1) **DENIES** the petition for leave to proceed *in forma pauperis* [DE 3];

(2) **GRANTS** Mr. Brown to and including February 27, 2017 to pay the $350.00 filing fee; and

(3) **CAUTIONS** Mr. Brown that if he does not pay the filing fee by the deadline, this case will be dismissed without further notice for non-payment of the filing fee.

**SO ORDERED**.

ENTERED: January 20, 2017

s/ Philip P. Simon
**PHILIP P. SIMON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**